# In the United States Court of Federal Claims

No. 19-967C

(Filed: August 27, 2019)

| | )  |
|---|---|
| DARNELL MONIQUE YOUNG, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| UNITED STATES, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ORDER

On July 3, 2019, plaintiff filed a complaint with this court, and submitted a check for the filing fee.  See ECF No. 1.  On July 9, 2019, the Clerk of Court sent a letter to plaintiff informing him that "[b]ecause of the nature of the check, the court is not able to process [his] payment."  See ECF No. 5 at 1.  The letter included specific instructions for submitting a valid payment.  Having not received payment from plaintiff, the court issued a show cause order on August 8, 2019, stating:  "By this order, the court directs plaintiff to **SUBMIT** his payment on or before **August 12, 2019**, or this case may be dismissed without further notice."  ECF No. 8 at 1.

As of this date, the court has not received plaintiff's payment.  Accordingly, the clerk's office is directed to **ENTER** final judgment **DISMISSING** plaintiff's complaint for lack of prosecution, pursuant to Rule 41(b) of the Rules of the United States Court of Federal Claims, without prejudice.

IT IS SO ORDERED.

PATRICIA E. CAMPBELL-SMITH
Judge

7018 0040 0001 1393 4380